NOTE: CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN TRADER, an individual<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>UNITED NEGRO COLLEGE FUND, INC., a New York corporation and; DOES 1 through 20 inclusive,<br><br>　　　Defendants. | CASE NO. 2:17−cv−00816−AB−RAO<br><br>**[PROPOSED] JUDGMENT** |

　　　Defendant UNITED NEGRO COLLEGE FUND, INC.'s ("UNCF") motion for summary judgment or alternatively, partial summary judgment, on the first, second, third, fourth and/or fifth causes of action as to Plaintiff, CAROLYN TRADER's, claims for wrongful termination and age discrimination, failure to prevent discrimination and harassment, retaliation, and harassment in violation of California Government Code §12940 came on regularly for hearing before in Courtroom 7B of the above entitled court on January 12, 2018.

Appearances by counsel are noted in the record.

After considering the moving, opposition and reply briefs, the evidence submitted by the parties and the arguments presented by the parties' respective counsel, this Court finds that:

Judgment is hereby entered in this case in favor of defendant and against plaintiff as to the entirety of plaintiff's Complaint.

DATED: January 16, 2018

_____
UNITED STATES DISTRICT COURT JUDGE